<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEKNO PRODUCTS, INC., | No. 19-91 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| GLOVE TRENDS, INC. et al., | |
| Defendants. | September 5, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on July 26, 2019 by Magistrate Judge Leda D. Wettre ("Judge Wettre") (D.E. 59), recommending that Defendants' motions to dismiss for insufficient service of process be denied, Plaintiff's motion for substituted service be terminated as moot, and Defendant Alice Sevan Ohanian's motion to dismiss for lack of personal jurisdiction be granted. Plaintiff objected to the R&R on August 7, 2019, (D.E. 60),[1] and Defendants responded on August 19, 2019 (D.E. 61).[2]

This Court has reviewed the reasons set forth by Judge Wettre in the R&R as well as the other documents in this matter and the parties' filings. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 59) is **ADOPTED** as the conclusions of law of this Court. Defendants' motions to dismiss for insufficient service of process (D.E. 27, 29, 44) shall be **DENIED**. Alice Sevan Ohanian's motion to dismiss for lack of personal

---

[1] Plaintiff's submission was filed as a motion for reconsideration, but this Court treats it as an objection to the R&R.
[2] Plaintiff's request for permission to reply to additional issues raised in Defendants' response, (D.E. 62), is denied.

jurisdiction (D.E. 44) shall be **GRANTED**.  Plaintiff's motion for substituted service (D.E. 50) is **TERMINATED AS MOOT**.[3]

       **SO ORDERED**.

                                      ___/s/ Susan D. Wigenton_____
                                      **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Magistrate Judge Wettre

---

[3] Defendant Ara Ohanian is again reminded that, as a non-attorney, he is prohibited from representing any party other than himself in these proceedings.